IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLES DEPAUL CARTER,

        Plaintiff,

v.                                                                    CV 09-0573 BB/GBW

E. BRAVO, Warden, JESSICA
(VIGIL) ROGERS, Grievance
Officer, Guadalupe County
Correctional Facility.

        Defendants.

## FINAL ORDER

Pursuant to the order entered concurrently herewith, the Court enters this Final Order under FED. R. CIV. P. 58, denying the petition and dismissing the action with prejudice.

                                            UNITED STATES DISTRICT JUDGE